CONSTELLAR CORP., Maryann Kurm-lavage, and Woodland Terrace Home-owners' Association, Petitioners

v.

ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA, City of Philadelphia, OAP, Inc., Azalea Gardens Partners, LP and Trustees of University of Pennsylvania, Respondents

No. 331 EAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**